UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 22-07267 |
| Robert Rivera | ) | |
| Eduardo Rivera | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Authorizing Debtors To Obtain Credit and Incur Debt**

    This matter coming to be heard on the motion of the Debtors, Robert Rivera and Eduardo Rivera to obtain credit /incur debt to purchase an automobile, Due notice having been given, the Court having jurisdiction and being advised in the premises, It Is Hereby Ordered:

  1. The Debtor is granted leave to incur debt in order to purchase a 2019 Honda Accord Touring auto or a similar car and to finance the sum of $21,473.19 at an annual interest rate of 15.490% over a period of 72 months with monthly payments of $839.04.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: October 13, 2022

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600